# Court of Appeals
# of the State of Georgia

ATLANTA, May 27, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2023. YAW TWUM-BAAH v. EMMANUEL WIAFE et al.**

On January 5, 2026, the trial court entered a final order granting the defendants' motion for judgment notwithstanding the verdict as to plaintiff Yaw Twum-Baah's fraud claim and reaffirming the jury's verdict in favor of the defendants as to the remaining claims. After the trial court denied Twum-Baah's motion for reconsideration, Twum-Baah filed a notice of appeal on March 14, 2026. We lack jurisdiction. A notice of appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021). The denial of a motion for reconsideration is not itself appealable and does not extend the time for filing a notice of appeal. *Mosher v. Mosher*, 378 Ga. App. 187, 189 (919 SE2d 831) (2025). Here, the appeal is untimely as to the January 5, 2026 final order, as it was filed 68 days after entry of the order. And the appeal is improper as to the denial of the motion for reconsideration. Thus, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/27/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*